[No. 39018-0-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
PANKEY LEE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00927-6, William L. Downing, J., entered
July 18, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 39044-9-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.F.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-8-00626-4, R. Joseph Wesley, J., entered
July 16, 1996. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Grosse and Agid, JJ. Now pub-
lished at 87 Wn. App. 787.


[No. 39168-2-I.    Division One.    July 28, 1997.]

ALAN LEDFORD, *Appellant*, v. MARYSVILLE SCHOOL
DISTRICT NO. 25, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-05331-9, Anita Louise Farris, J.,
entered July 22, 1996. *Affirmed* by unpublished opinion
per Agid, J., concurred in by Grosse and Ellington, JJ.


[No. 39324-3-I.    Division One.    July 28, 1997.]

GENARO PEREZ, *Appellant*, v. LIEU'S GARDEN, INC., ET
AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-16868-0, Sally Phillips Pasette, J.,
entered August 2, 1996. *Affirmed* by unpublished per
curiam opinion.